| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
J Supor 136-1 Realty LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
35-2603205

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **433 Bergen Avenue** **Kearny, NJ 07032** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Hudson** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **J Supor 136-1 Realty LLC**_____    Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **J Supor 136-1 Realty LLC**  Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  **J Supor 136-1 Realty LLC**   Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☒ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **J Supor 136-1 Realty LLC**    Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 2, 2024**
MM / DD / YYYY

**X** **/s/ Joseph Supor III**            **Joseph Supor III**
Signature of authorized representative of debtor    Printed name

Title    **Authorized Member**

**18. Signature of attorney**

**X** **/s/ Michael E. Holt**            Date **April 2, 2024**
Signature of attorney for debtor        MM / DD / YYYY

**Michael E. Holt**
Printed name

**Forman Holt**
Firm name

**365 Passaic Street, Suite 400**
**Rochelle Park, NJ 07662**
Number, Street, City, State & ZIP Code

Contact phone  **(201) 845-1000**    Email address  **mholt@formanlaw.com**

**024511990 NJ**
Bar number and State

Debtor **J Supor 136-1 Realty LLC**     Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number (*if known*) _____  Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **JS Realty Properties, LLC** | | Relationship to you | **Affiliate** | |
| District | **New Jersey** | When | Case number, if known | | |
| Debtor | **Shore Properties Associates North LLC** | | Relationship to you | **Affiliate** | |
| District | **New Jersey** | When | Case number, if known | | |
| Debtor | **Supor Properties 600 Urban Renewal, LLC** | | Relationship to you | **Affiliate** | |
| District | **New Jersey** | When | Case number, if known | | |
| Debtor | **Supor Properties Bergen Avenue LLC** | | Relationship to you | **Affiliate** | |
| District | **New Jersey** | When **7/05/23** | Case number, if known | **23-15758** | |
| Debtor | **Supor Properties Breiderhoft LLC** | | Relationship to you | **Affiliate** | |
| District | **New Jersey** | When | Case number, if known | | |
| Debtor | **Supor Properties Devon LLC** | | Relationship to you | **Affiliate** | |
| District | **New Jersey** | When | Case number, if known | | |
| Debtor | **Supor Properties Enterprises LLC** | | Relationship to you | **Affiliate** | |
| District | **New Jersey** | When | Case number, if known | | |
| Debtor | **Supor Properties Harrison Avenue LLC** | | Relationship to you | **Affiliate** | |
| District | **New Jersey** | When | Case number, if known | | |
| Debtor | **Supor-172 Realty LLC** | | Relationship to you | **Affiliate** | |
| District | **New Jersey** | When | Case number, if known | | |

# RESOLUTION OF SPECIAL MEETING OF
# J SUPOR 136-1 REALTY LLC

I, Joseph Supor III, hereby certify that at a special meeting of the Members of J Supor 136-1 Realty LLC, held on the 2nd day of April, 2024, the following resolutions were proposed and unanimously adopted by all Members:

> **Resolved,** that J Supor 136-1 Realty LLC, is hereby authorized to file a petition for relief under Chapter 11 of the United States Bankruptcy Code and to retain the law firm of Formanlaw LLC d/b/a Forman Holt for the purpose of preparing, filing, and prosecuting a petition under Chapter 11 and to take all steps necessary and related thereto, and that Joseph Supor III as authorized member is authorized to execute the petition and any other pleadings or documents that he and counsel deem necessary in connection with the Chapter 11 case of J Supor 136-1 Realty LLC.

> And it is further,

> **Resolved,** that J Supor 136-1 Realty LLC is authorized to retain K&L Gates LLC as special counsel in the Chapter 11 case of J Supor 136-1 Realty LLC.

I further certify under penalty of perjury that the above statements made by me are true. I am aware that if any of those statements are willfully false, I am subject to punishment.

J Supor 136-1 Realty LLC

By: */s/ Joseph Supor III*
      Joseph Supor III, Authorized Member

{F0213268 - 1}

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **J Supor 136-1 Realty LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1000 Frank E Rodgers 1 LLC** 520 Madison Avenue, Suite 3501 New York, NY 10022 | | **1000 Frank E. Rodgers Boulevard South, Harrison, NJ Lot 1.07, Block 136** | | $72,500,000.00 | $5,000,000.00 | $67,500,000.00 |
| **Town of Harrison** 318 Harrison Avenue Harrison, NJ 07029 | | **1000 Frank E. Rodgers Boulevard South, Harrison, NJ Lot 1.07, Block 136** | | $11,676.00 | $5,000,000.00 | $11,676.00 |
| **NJ Dept of Environmental Protection** Mail Code: 401-06L PO Box 0421 Trenton, NJ 08625-0420 | | | **Contingent Unliquidated** | | | $1,850.00 |

```
1000 Frank E Rodgers 1 LLC
520 Madison Avenue, Suite 3501
New York, NY 10022


Harrison Redevelopment Agency
Attn: Paul Zarbetski, Esq.
318 Harrison Ave
Harrison, NJ 07029


Harrison Redevelopment Agency
c/o James Bruno, Esq.
Castano Quigley LLC
155 Passaic Ave, Suite 340
Fairfield, NJ 07004


Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017


NJ Dept of Environmental Protection
Mail Code: 401-06L
PO Box 0421
Trenton, NJ 08625-0420


Town of Harrison
318 Harrison Avenue
Harrison, NJ 07029
```

# United States Bankruptcy Court
### District of New Jersey

In re **J Supor 136-1 Realty LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **J Supor 136-1 Realty LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 2, 2024**
Date

**/s/ Michael E. Holt**
**Michael E. Holt**
Signature of Attorney or Litigant
Counsel for **J Supor 136-1 Realty LLC**
**Forman Holt**
**365 Passaic Street, Suite 400**
**Rochelle Park, NJ 07662**
**(201) 845-1000**
**mholt@formanlaw.com**